IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHELLY BAUM-BRUNNER | : CIVIL ACTION |
|---|---|
| v. | : |
| | : NO. 17-3901 |
| SUSAN LYTLE, *et al* | : |

## ORDER

**AND NOW**, this 23rd day of February 2018, upon considering the unopposed Motions to dismiss (ECF Doc. Nos. 26, 35, 36) the Amended Complaint and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to dismiss (ECF Doc. Nos. 26, 35, 36) are **GRANTED without prejudice** for Plaintiff to file a Second Amended Complaint consistent with her obligations under Fed.R.Civ.P. 11 no later than **March 23, 2018**.

KEARNEY, J.